United States Bankruptcy Court
Southern District of Texas

In re: 50 Crosby Pines, Ltd.

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 07/31/2023

✗ _Joel Jorgen_
Signature of Individual signing on behalf of debtor

_President of General Partner_
Position or relationship to debtor



Anglia Homes, LP
Attn. Thomas Manners
1575 Sawdust Rd.
Spring, TX 77380

Arete Real Estate & Development Company
340 N Sam Houston Pkwy E
Suite 140
Houston, TX 77060

Crosby ISD
c/o Goose Creek CISD Tax Office
PO Box 2805
Baytown, TX 77522

FDR Consulting LLC
4311 LaBranch
Houston, TX 77004

Gehan Homes, Ltd.
Attn. Chris Lynch & Kent Mitchell
3815 S. Capital of Texas Hwy., Suite 275
Austin, TX 78704

Harris County Tax Assessor-Collector
PO Box 4663
Houston, TX 77210-4663

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Lawyer's Aid Service, Inc.
505 W. 15th Street
Austin, TX 78701

Menyu Wong
2507 Plantation Lane
Sugar Land, TX 77478

Stevens Technical Services Inc
14531 FM 529, Suite 160
Houston, TX 77095

Texas Land Engineers
7102 W. Sam Houston Pkwy. North, Suite 2
Houston, TX 77040

Windrose Land Surveying
PO Box 74133
Cleveland, OH 44194-4133