**Fill in this information to identify the case:**

Debtor name: 50 Crosby Pines, Ltd.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Texas Land Engineers<br>7102 W. Sam Houston Pkwy. North, Suite 230<br>Houston, TX, 77040 | | Suppliers or Vendors | | | | 101,200.00 |
| 2 | Windrose Land Surveying<br>PO Box 74133<br>Cleveland, OH, 44194-4133 | | Suppliers or Vendors | | | | 15,519.95 |
| 3 | FDR Consulting LLC<br>4311 LaBranch<br>Houston, TX, 77004 | | Suppliers or Vendors | | | | 10,667.73 |
| 4 | Stevens Technical Services Inc<br>14531 FM 529, Suite 160<br>Houston, TX, 77095 | | Suppliers or Vendors | | | | 8,750.00 |
| 5 | Lawyer's Aid Service, Inc.<br>505 W. 15th Street<br>Austin, TX, 78701 | | Services | | | | 400.00 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |



Debtor  50 Crosby Pines, Ltd.
        Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |